Naida ST. ONGE v. DEPARTMENT OF SOCIAL WELFARE, No. 308-79

September 10, 1979. The motion of petitioner Naida St. Onge to proceed in forma pauperis is granted with respect to exemption from the filing fee, and is reserved in all other respects.

Lucienne T. FOURNIER v. Adelard J. FOURNIER, No. 198-79

September 12, 1979. Cause remanded for entry of judgment order in accordance with the trial court's findings of fact and conclusions. Jurisdiction retained.

Richard C. WELCH v. Agnes Mae SEERY, Individually and as Town Clerk for the Town of Hartford, Vermont, No. 214-79

September 12, 1979. Motion for early hearing denied. Cause to come on for hearing during the November session of the October Term, 1979.

IN RE PETITION OF CITIZENS UTILITIES COMPANY; In re Petition of Stephen Crisafulli, et al., Nos. 267-79 and 195-79

September 14, 1979. The motion of the appellant, Vermont Electric Cooperative, Inc., to consolidate these interlocutory appeals is denied, but permission is granted to use the same brief in both appeals, and, providing that scheduling permits, to argue the appeals together.

The motion of the appellant, Vermont Electric Cooperative, Inc., to stay enforcement of the orders of the. Public Service Board dated May 21, 1979, and March 15, 1979, is denied.

Disposition of the motion to dismiss filed by Union/Butterfield Division, Litton Industrial Products, Inc., is stayed pending the filing of written memoranda by any party that may be so advised relating to the jurisdictional propriety of this interlocutory appeal, by September 20, 1979.

STATE of Vermont v. GLENS FALLS INSURANCE COMPANY, et al., No. 47-79

September 17, 1979. The disposition of this case is governed by the opinion rendered this term in State v. Glens Falls Insurance Co., 137 Vt. 313, 404 A.2d 101 (1979). Judgment affirmed.

IN RE FIREFIGHTERS OF BRATTLEBORO, Vermont, Local #2628; and Brattleboro Fire Department, Town of Brattleboro, Nos. 238-78 and 284-78

September 20, 1979. The entry order of August 15, 1979, dismissing this appeal, is hereby stricken.